# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **THERESA HERZOG,** | : | Civil No. 1:20-CV-1081 |
| Plaintiff | : | (Magistrate Judge Carlson) |
| v. | : | |
| **ANDREW M. SAUL** **Commissioner of Social Security** | : | |
| Defendant | : | |

## **ORDER**

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the plaintiff's request for a new administrative hearing is GRANTED, the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

So ordered this 2d day of June 2021.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge